UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61834-CIV-ZLOCH

HILDA L. SOLIS, Secretary of
Labor, United States Department
of Labor,

    Plaintiff,

vs.                                **FINAL ORDER OF DISMISSAL**

AVLR, INC. 401(k) PLAN, a
benefit plan, AVLR, INC. d/b/a
FIRST STATE DEVELOPMENT, ALL
SOUTH FLORIDA MAINTENANCE
d/b/a FIRST STATE DEVELOPMENT,
and DAVID J. PERRY, an individual,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Motion For Leave To Serve By Publication And Motion For Extension Of Time (DE 5), filed herein by Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor.  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court finds that Plaintiff has not shown good cause for an extension of time under Fed.R.Civ.P. 4(m).  In so finding, the Court notes <u>inter</u> <u>alia</u> that Plaintiff attempted service of process on Defendants through United States mail, which is not a valid method under Fed. R. Civ. P. 4(e).

    Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion For Leave To Serve By Publication And Motion For Extension Of Time (DE 5) filed herein by the Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, be and the same is hereby **DENIED**;

2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    15th    day of June, 2011.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record